CONTINENTAL CASUALTY COMPANY et al., Appellants, v PRICEWATERHOUSECOOPERS, LLP, Respondent.

EAGLE PARTNERS, L.P., et al., Appellants, v PRICEWATERHOUSECOOPERS, LLP, Respondent.

JEREMY M. JONES et al., Appellants, v PRICEWATERHOUSECOOPERS, LLP, Respondent.

Submitted March 8, 2010; decided April 6, 2010

Motion to enlarge the record on appeal herein granted.

Chief Judge LIPPMAN taking no part.